————o————

No. 4621.

Court of Appeal, Parish of Orleans.

## GLOBE REALTY COMPANY VS. MRS. CAROLINE COTONIO.

### ON RULE TO TAX COSTS.

Question of fact only is involved herein.

Appeal from the Civil District Court, Division "B."

F. R. Richardson, for Plaintiff and Appellee.

Theo. Cotonio, for Defendant and Appellant.

R. J. Maloney and R. E. Foster, Attorneys.

MOORE, J. This is an appeal from a judgment on a rule to tax costs. The amount claimed is $162.05, but the judge a qua allowed but $114.45. The evidence fully sustains the judgment. The pretentions of appellant that a portion of the costs taxed, as well as some others claimed by her, is chargeable to the plaintiff and appellee under and by virtue of our former decrees in this suit, is absolutely without merit.

The judgment appealed from is affirmed.

March 8, 1909.

Rehearing refused March 22, 1909.

Writ refused by Supreme Court April 27, 1909.